# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1976

_____

| | | |
|---|---|---|
| Troy Alan Gram, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Newton Police Department; Jasper | * | |
| County Jail; Gerald Fierheil, | * | |
| | * | Appeal from the United States |
| Defendants, | * | District Court for the |
| | * | Southern District of Iowa. |
| Jeff Hoebelheinrich, | * | |
| | * | **[UNPUBLISHED]** |
| Appellee, | * | |
| | * | |
| Rick Eilander; Carla Doe; Sean Doe; | * | |
| Jody Doe; R. Steven Johnson, | * | |
| | * | |
| Defendants, | * | |
| | * | |
| City of Newton, Iowa, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: March 28, 2001
Filed: March 30, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Troy Gram appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. The district court determined that Gram's action, based on events surrounding his February 1997 arrest, was barred by a release of liability which Gram had signed in exchange for the reduction of criminal charges against him. Upon de novo review, see Larson v. City of Fergus Falls, 229 F.3d 692, 696 (8th Cir. 2000), we agree with the district court that the release was enforceable because Gram voluntarily agreed to it, there was no prosecutorial overreaching, and public interests were not adversely affected, see Woods v. Rhodes, 994 F.2d 494, 499 (8th Cir. 1993).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE CHARLES R. WOLLE, United States District Judge for the Southern District of Iowa.